## McCAMPBELL *v.* ARHEART.

APPEAL from the *Fountain* Court of Common Pleas.

*Per Curiam.*—This case is here upon the weight of evidence alone. We think the evidence tends to sustain the judgment. The claim sued for was to have been credited on a mortgage, and was not.

The judgment is affirmed with 10 per cent. damages and costs.

*M. M. Milford*, for the appellant.

*I. A. Rice*, for the appellee.